# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WILBERT KELLY, JR.

NO. 2022 KW 0720

**SEPTEMBER 26, 2022**

---

In Re:   Wilbert Kelly, Jr., applying for supervisory writs, 20th Judicial District Court, Parish of East Feliciana, No. 03-CR-000898.

---

**BEFORE:   THERIOT, CHUTZ, AND HESTER, JJ.**

**WRIT DENIED.**

    MRT
    WRC
    CHH

COURT OF APPEAL, FIRST CIRCUIT

*a.S*

DEPUTY CLERK OF COURT
FOR THE COURT